UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEWYORK

---------------------------------------------------------------x

Chana Goldstein, on behalf of herself and
all others similarly situated

                                                  Plaintiff,

Civil Action No:
1:21-cv-01171

-v.-

Continental Service Group, Inc. and John Does 1-25

                                                 Defendants.

---------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 8, 2021

                Application Granted
                   SO ORDERED
              Brooklyn, New York
            Dated: _6/9/2021_

      /s/ Eric N. Vitaliano
         Eric N. Vitaliano
   United States District Judge

Respectfully Submitted,

/s/Raphael Deutsch
Raphael Deutsch Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
rdeutsch@steinsakslegal.com

Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 8th day of June, 2021          Respectfully Submitted,

                                          */s/ Raphael Deutsch*
                                          Raphael Deutsch